FILED
NOV 29 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Cathy Enwere
1263 Madera Ave
Menlo Park CA. 94025
Ph: 650-290-4266

CV 13 5541 JCS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| Cathy Enwere | Case No. _____ |
| v.  Plaintiff | NAME of Claim |
| Telisha Racy & The Behaviorial Mental Health Clinic & TED's Villiage Pharmacy | Predetermined Intent Criminal, Atortious Act & A Fraudulent Act to get Patients meds delivered to the wrong parties |
| Defendant(s) | |

Telisha Racy & Teds Villiage Pharmacy Enter False Statements to Client & Patient Ms Cathy Enwere in order to continue Control over Cathy Enwere's Medication & her life with Motive And intent. Telish Racy & Teds Villiage pharmacy predetermind, calculated, prearranged, designed purpose to commit A Wrongful or Criminal Act. Called Also Criminal intent the purpose to Commit Atortious Act having consequences that the Actor's desires And believes or Know will occur. The Accuse Enter False Statements To Their Client & Patient Ms. Cathy Enwere because they were giv-

pg2

ing Cathy Enwere Medication that was harmful to her for two reasons one Ms. Enwere believe they were being tampered with & the other they were addicting. Ms. Enwere constantly complain to both Agencies as to how the Med's were making her ill. But I found out what was happening to me was intentional, prearranged, deliberate with Malice Aforethought Retaliation from Telisha Racy was for her Company She worked for She was to harm Ms. Enwere to keep her promotion as a Unit Chief. Ms. Racy felt she could out smart Ms. Enwere it was Chrystal Clear She wanted Ms. Enwere to be a person who lack normal intelligent She could claim to be weak minded, dumb & screwup, to battle with her mind. She wanted her to have a negative life style become disappointed and depended on her trusting the Wolf in Sheeps Clothing Who's every intention was to deliberately distroy a woman of color just like her to get ahead in life so my life ment absolutely nothing to her my life was in danger under her supervision & Dr. Nabeela Rahman My appionted Doctor Supervision. Ms. Telisha Racy had Ms.

pg3

Enwere Medication Transfered to her office One day Ms. Telisha Racy Called My phone After As I Said Above Setting up this phony & Fraudulent concealment calculated to deceive Ms. Enwere to her Advantage by knowledge of its falsity or in Reckless disregard of its truth or Ms. Enwere Wishs. I don't WANt you to Miss the pion After the Refusual of A parties Name Above taking Ms. Enwere off Medication, that She told them was harming here Ms Enwere finally Called Cvs pharmacy & got Some information As to how to Called the Manufactor to fine out Why this Medication was harming Me And what I had found this drug was deadly & that is Why the Refusal to take Ms Enwere off it Chuse Meds Were Suggested to only be used for 2-4 Weeks the Manufactors explained it is Addicting & more to get off, you have to Wing yourself off, So When patient Read this She was horrified At the Risk taken on her Life & Their is Absolutely know excuse for Any party Above that Refused to here their clients Voice or cry for help that is barbaricm-

pg4

eaning uncivilized primitive wild & cruel. Because Anybody in their Right Mind knows that kind of behavior is most deffinitly ludicrous, crazy unexceptable. When your patient tell you their sick and have taken a turn for the worse, WE ARE the ones who let you know wheter are Meds are working not you. So soon after I found out about this Medication I took all my prescribtons to My PRIMARY CARE Doctor & She said oh My God & begin winging me off My Medication which we are still working on I have went from 4 pills 5mg Apeice to 1 pill a day Lorazapham, your personal prescription information from Walgreens, I have also had that Information from CVS. But when reciewing Medication From TEDS pharmacy they Never give me that Form EVER. They told me to get it From the Manufactors & My Doctor Naleeba Rahman told me She Could not give me a print out on the Meds She ordered. And was Shocked I found out what she was a part off any how After Telisha Lied About TEDS pharmacy Changing their delivery process And calling her not there Client MS. ENWERE to tell her

pg5

this Fabricated lie Telisha Racy like I said called Me to get My Meds switch to her offices, but it wasn't Ted's Village pharmacy that came up with this bright Idea it was Telisha Racy, so when I caught on I immediately called to stop Ted from delivering My Meds to the Clinic because I had know Idea that Ted would put Medication prescibe from all My Doctors, not Even Apart of that Clinic, From other hospitals and Doctors would go to Telisha Racy. She New without a doubt She Should have NEVER put her hands on medication that wasn't Apart of her Clinic, as well as Ted New not to deliver it there but Remeber I am suppose to be A WEAK minded mental Health patient that wasn't suppose to catch on. So When I told this pharmacy who I gave my buisness to, to stop delivery at that clinic of all my Medication they told ME they weren't going to do it because they knew they were caught so they then decided to called Telisha Racy for her to tell them what to do with my medication


p06

And buisness I gave them. So the Next thing I knew My Meds that were ordered by Doctor Wong Docusate Sodium 100 mg softge was given to Telisha Racy After that All Medicines were delivered to Ms. Enwere with out a Charge, Also I told Ms. Racy & Dr. Nabeela Rahman & TEDs pharmacy I was Very upset with Their Unlawful Conduct. That wasn't Morally right to pray on what you Think is the weak human Cruelity is not Acceptable by party who has your Life in their hand. I feel I have waited long enough for this Agency And their Department of Consumer Affairs to do Something. There is know Judge in this World Can tell Behavioral Mental Health Clinic that it is Alright to lie to your client And have her Meds come to your offices by twisting the Truth it is not safe For other people to handle your medication with out your permission This is Truely Against the Law Plaintiff is Filing Suit Against Parties, About for deliberate Fraud & forcing bad Addictive drugs on their own

P37

Client After being told the Medicine was harming her And Another Doctor from A different Hospital had to Stop Medication harming the patient because She saw the Reaction Medication was having on her patient, She called my Mental Health Doctor to Let her know & to have Doctor Changed. Once again Racial discrimation Also breaking Hippa Laws, American with disability Laws. For some Reason this Agency Thinks they can continue to make Miss in Were's Life A living hell & their will be know justice & that All dignitaries of the law will not Judge this Case on Facts And merits but on skin color that Race will play A part in Racial discrimination As well Theirs is know judge that Can tell you that my pharmacy & A unit Chief not My Doctor Should be Accepting calls As to when my Meds go I will not Stand For This behavor Everybody know this is over the top.

Sign
Cathy Emuere